## FOURTH AMENDED STATEMENT OF FACTS

On Saturday, April 11, 2020, at approximately 3:15 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Narcotics Enforcement Unit (NEU) were patrolling and conducting operations in the area of Benning Road Northeast and East Capitol Street Northeast in Washington, D.C. An undercover officer observed a Nissan Sentra sedan with Virginia hard tags of UMW1644 in the area. The undercover officer requested that officers nearby run a WALES/NCIC query of the vehicle. That inquiry revealed that the Virginia hard tags belonged to a Toyota, not the Nissan it was affixed to. MPD officers conducted a traffic stop on the Nissan in the 2000 block of C Street Northeast.

The driver, later identified as Damion Johnson (Defendant Johnson) and the passenger, who was identified on scene, were stepped out of the vehicle. The Vehicle Identification Number of the Nissan was run in WALES/NCIC and revealed that the vehicle was stolen out of Prince George's County Maryland. Defendant Johnson was placed under arrest for Misuse of Tags and Unauthorized Use of a Vehicle.

Search incident to arrest revealed a firearm in the groin area of Defendant Johnson. Before retrieval, Defendant Johnson confirmed that the item in his groin was a firearm verbally and helped officers remove the firearm from his person safely. Defendant Johnson was transported to the Fifth District police station for processing. Federal Bureau of Investigation Special Agent Farrar read Defendant Johnson his Miranda Rights, which he waived. Defendant Johnson admitted to possessing the handgun. Defendant Johnson stated that he purchased the firearm within the last week for protection.

Officer Cole was present for the initial contact of Defendant Johnson as well as the investigation and is the arresting officer of Defendant Johnson.

The firearm that was recovered from Defendant Johnson's groin area was determined to be a Glock, model 19, .9mm semiautomatic handgun with a serial number of FB049. When it was recovered, it was loaded with one (1) round in the chamber and thirteen (13) rounds in a fifteen (15) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce.

On April 13, 2020, Detective Jayme Kingsley of the Metropolitan Police Department ran a criminal history check of Defendant Johnson through the National Crime Information Center using Defendant Johnson's Federal Bureau of Investigation (FBI) number. That search revealed a Conspiracy to Commit Armed Robbery conviction to Defendant Johnson's name and identifying information, to include the FBI number, in the Seventh Judicial Circuit Court for Prince George's County, Maryland, Criminal Case No. CT141300B. The date for this conviction was June 12, 2015 and the defendant was sentenced to fifteen (15) years. Of those 15 years, Defendant Johnson was to serve one year, two months and twenty days. The rest was suspended.

On April 13, 2020 in that same criminal history check of Defendant Johnson through the National Crime Information Center run by Detective Kingsley, it was confirmed that Defendant

Johnson also has a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2018 CF3 016212, for Carrying a Pistol without a License. On August 8, 2019, the defendant was sentenced to 12 months of incarceration, all suspended, for this conviction and placed on one year of probation. The defendant is still under supervision for this conviction, which was issued under the D.C. Youth Rehabilitation Act (YRA), and therefore the conviction has not yet been set aside. This crime is punishable by more than one year in the District of Columbia.

Detective Kingsley of MPD reviewed the Judgment and Commitment order for the Carrying a Pistol without a License case concerning Defendant Johnson. After review, Detective Kingsley relayed the information concerning the two prior convictions to Officer Cole. Detective Kingsley relayed to Officer Cole that Defendant Johnson was sentenced to 12 months for Carrying a Pistol without a License in the Superior Court for the District of Columbia. Detective Kingsley also relayed to Officer Cole that Defendant Johnson was sentenced to 15 years for Conspiracy to Commit Armed Robbery in the Seventh Judicial Circuit Court for Prince George's County, Maryland .

The initial appearance for Defendant Johnson was held on April 13, 2020 and a detention hearing began on that same date. The detention hearing concluded on April 14, 2020. At the detention hearing on April 14, 2020, the United States Attorney's Office was notified by Pretrial Services that the Conspiracy to Commit Armed Robbery conviction did not relate to Defendant Johnson. That conviction was removed from Defendant Johnson's record by the FBI. Pretrial Services confirmed that the Carrying a Pistol without a License conviction in the Superior Court for the District of Columbia case did relate to Defendant Johnson. On April 27, 2020, Detective Kingsley notified Officer Cole that the Conspiracy to Commit Armed Robbery conviction in the Seventh Judicial Circuit Court for Prince George's County, Maryland did not relate to Defendant Johnson and was removed from the defendant's record by the FBI. Detective Kingsley confirmed to Officer Cole that the Carrying a Pistol without a License conviction in the Superior Court for the District of Columbia did relate to the defendant.

_____
OFFICER BRITTANY COLE
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1*

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE